UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

BRENT C. BAACKES,

    Plaintiffs,

v.                                                                    Case No. 14-CV-1098

FREIS DISTRIBUTING COMPANY, LLC,

    Defendant.

## ORDER FOR APPROVAL OF SETTLEMENT AND DISMISSAL

    On reading and filing the foregoing Stipulation of the parties;

    IT IS HEREBY ORDERD that the Settlement and Release Agreement executed by the parties in this matter is hereby approved and this matter is hereby dismissed with prejudice and without cost to either party.

    Dated this  27th  day of July, 2015.

                                                                s/ William C. Griesbach
                                                                 William C. Griesbach, Chief Judge
                                                                  United States District Court